

**NUMBER 13-08-00506-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

| | |
|---|---|
| **THOMAS N. LEECH,** | **Appellant,** |
| **v.** | |
| **AM-MEX PRODUCTS, INC., ET AL.,** | **Appellees.** |

**On appeal from the 275th District Court
of Hidalgo County, Texas.**

**MEMORANDUM OPINION**

**Before Chief Justice Valdez, Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

This case is before the Court on a joint motion to set aside the trial court's judgment without reference to the merits, and to remand to the trial court to enter agreed dismissal. The parties have reached an agreement with regard to the disposition of the matters currently on appeal. Pursuant to the agreement, the parties request this Court to set aside the trial court's judgment without regards to the merits, and remand this case to the trial

court for entry of an agreed order of dismissal in accordance with the parties' agreement.

The joint motion to set aside the trial court's judgment and remand is GRANTED. Accordingly, we set aside the trial court's judgment without regard to the merits, and REMAND this case to the trial court for entry of an agreed order of dismissal in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d).

The parties also ask that mandate issue immediately. Rule of Appellate Procedure 18.1(c) authorizes the early issuance of mandate on the motion of the parties. Tex. R. App. P. 18.1(c). We GRANT the joint motion and issue the mandate concurrently with our opinion and judgment.

PER CURIAM

Delivered and filed the
25th day of March, 2010.